UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gary Lynn Underdahl,                                Civ. No. 09-1843(PAM/RLE)

          Petitioner,

v.                                                          **ORDER**

State of Minnesota,

          Respondent.

---

The matter for the Court is Petitioner Gary Lynn Underdahl's Motion for Leave to Appeal in forma pauperis. In order to proceed in forma pauperis on appeal, Petitioner must attach an affidavit that: (1) shows "the party's inability to pay or to give security for fees and costs;" (2) "claims entitlement to redress;" and (3) "states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a)(1). Petitioner has not submitted documentation showing his inability to pay and otherwise meeting the requirements of Rule 24. Thus, the Court is unable to make a determination on his Motion.

Accordingly, **IT IS HEREBY ORDERED that**:

1. Petitioner shall have until July 12, 2010, to supplement his Motion for Leave to Appeal in forma pauperis with the necessary documentation, and

2. If the necessary documentation has not been provided by July 12, 2010, the Motion will be denied.

Dated:   June 29, 2010

                                                     s/Paul A. Magnuson
                                                     Paul A. Magnuson
                                                     United States District Court Judge